**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

IRON WORKERS' MID-AMERICA PENSION PLAN, et al.

v.

K & V STEEL ERECTORS, L.L.C., an Iowa limited liability co

Case Number:
FILED: MAY 30, 2008
08CV3126   RCC
JUDGE KOCORAS
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IRON WORKERS' MID-AMERICA PENSION PLAN, et al., Plaintiffs herein

| | |
|---|---|
| NAME (Type or print) <br> Catherine M. Chapman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Catherine M. Chapman | |
| FIRM <br> Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP <br> Chicago, IL   60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6204026 | TELEPHONE NUMBER <br> 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |