## United States District Court for the Northern District of Illinois

Case Number: 08CV3126     Assigned/Issued By: DAJ

Judge Name: KOCORAS     Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*    [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2818849

Date Payment Rec'd: 05/30/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons     [ ] Alias Summons

[ ] Third Party Summons     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

1 Original and 0 copies on 05/30/08 as to DEF.
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05