AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IRON WORKERS' MID-AMERICA PENSION PLAN, et al.

V.

K & V STEEL ERECTORS, L.L.C., an Iowa limited liability company

CASE NUMBER: 08CV3126 RCC JUDGE KOCORAS

ASSIGNED JUDGE: MAGISTRATE JUDGE VALDEZ

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

K & V Steel Erectors, L.L.C.
c/o Vicki A. Bognar, Registered Agent
8620 99th Avenue West
Taylor Ridge, IL  61284

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-8-08 |
| NAME OF SERVER (PRINT) | TITLE |
| [illegible signature] Goss | Deputy Sheriff - R.I. Co. |

*Check one box below to indicate appropriate method of service*

■ Served personally upon the defendant. Place where served: Sign Room ___
Taylor Ridge, IL (Vickie Bonner (Owner))

■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

■ Returned unexecuted: _____

■ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-8-08          [signature]
             Date             Signature of Server

             132 [illegible] Address
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SHERIFF'S FEES

**Service and / or Return** .................................................... $ _____
**Mileage, Postage and/or Copies** ...................................... $ 54/33
**TOTAL** ........................................................................... $ _____

I certify that I served this _Summons_ as directed as follows:
(Check appropriate box and complete information below)

☐     (a) - (Individual - Personal):
By leaving a copy and a copy of the _____ with each below-named individual personally.

☐     (b) - (Individual - Abode):
By leaving a copy and a copy of the _____ at the usual place of abode of each below-named individual with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the _____ in a sealed envelope with the postage fully prepaid, addressed to each such individual at his/her usual place of abode.

☑     (c) - (Corporation):
By leaving a copy and a copy of the _Complaint_ with the registered agent, officer or agent of each such corporation.

☐     (d) - (Other Service):

Name of Person _Vickie Bognar_     Name of Person _____

Name of other person copy given to:     Name of other person copy given to:
_" Owner_     _____

Sex _F_ Race _W_ Approx. Age _54_     Sex ___ Race ___ Approx. Age ___

Place of Service _8200 99 Ave W_     Place of Service _____
_Taylor Ridge Il_

Date of Service _6-8-08_ Time: _8:59_     Date of Service: _____ Time: _____

Date of Mailing: _____     Date of Mailing: _____

By: _____, Deputy     By: _____, Deputy

☐     (e) - (Not Found):
The within named _____ not found in this County this _____ day of _____, 20___.

Reason : _____

By: _____, Deputy

MICHAEL T. HUFF, Sheriff of Rock Island County

# RETURN